UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                       :

EMMANUEL RODRIGUEZ LANTIGUA,      :

          Plaintiff,         :

     -v-          :       26-CV-01823 (JAV)

              :       ORDER

MANOLOS TRUCKING LLC, et al.,       :

         Defendants.     :

              :
-------------------------------------------------------------------------X

JEANNETTE A. VARGAS, District Judge:

On March 5, 2025, this action was removed from the Supreme Court of New York, Bronx County, by Defendant Manolos Trucking LLC.  *See* ECF No. 1 ("Notice of Removal") at 1.  Manolos Trucking LLC asserts that jurisdiction in this Court is proper by reason of diversity of citizenship, pursuant to 28 U.S.C. § 1332.  *See id.*  Manolos Trucking LLC alleges that its place of incorporation and principle place of business are in New Jersey, whereas Plaintiff Emmanuel Rodriguez Lantigua is a citizen of New York, but it fails to establish a state or states of *citizenship* for Manolos Trucking LLC.  *Id.*  Notice of Removal, ¶¶ 8-10.

It is well established that a limited liability company ("LLC") is deemed to be a citizen of each state of which its members are citizens.  *See, e.g.*, *Handelsman v. Bedford Vill. Assocs. L.P.*, 213 F.3d 48, 51-52 (2d Cir. 2000).  Thus, a notice of removal premised upon diversity of citizenship must allege the citizenship of natural persons who are members of an LLC and the place of incorporation and principal place of business of any corporate entities that are members of the LLC.  *See id.*; *see also, e.g.*, *In re Bank of Am. Corp. Sec., Derivatives, and ERISA Litig.*, 757 F. Supp. 2d 260, 334 n.17 (S.D.N.Y. 2010); *Lewis v. Allied Bronze LLC*, No. 07 Civ. 1621

(BMC), 2007 WL 1299251, at *1-2 (E.D.N.Y. May 2, 2007) (remanding removed action for lack of diversity jurisdiction).  In the present case, the Notice of Removal fails to do so.

Accordingly, it is hereby ORDERED that, on or before **Monday, May 4, 2026**, Defendant Manolos Trucking shall amend its Notice of Removal to allege the citizenship of each constituent person or entity comprising the Plaintiff LLC (including the state of incorporation and principal place of business of any corporate entity member).  If, by that date, the Defendant is unable to amend its Notice of Removal to truthfully allege complete diversity of citizenship, then the action will be remanded to the Supreme Court of New York, Bronx County, without further notice to either party.

Finally, Defendant is directed to, **within two business days of this Order**, serve on Plaintiff a copy of this Order and to file proof of such service on the docket.

SO ORDERED.

Dated: April 13, 2026
       New York, New York

_____
          JEANNETTE A. VARGAS
          United States District Judge